UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ANA SANTOS,

    Plaintiff,

v.                                                    Case No: 8:16-cv-616-T-36TBM

SABOR A MEXICO, INC.,

    Defendant.
_____/

## **O R D E R**

This cause comes before the Court upon the Report and Recommendation filed by Magistrate Judge Thomas B. McCoun III on July 12, 2016 (Doc. 16). In the Report and Recommendation, Magistrate Judge McCoun recommends that the Court grant in part the parties' Joint Motion to Approve Settlement Agreement and Dismiss Case With Prejudice (Doc. 11), incorporating the Confidential Settlement Agreement & General Release (Doc. 11 at 4-9). Judge McCoun further recommends that the Court direct the prompt disbursement of the settlement amounts and attorneys' fees and costs, and, upon confirmation from Plaintiff's counsel that such has occurred, dismiss the case with prejudice. (Doc. 11). All parties were furnished copies of the Report and Recommendation and were afforded the opportunity to file objections pursuant to 28 U.S.C. § 636(b)(1). Subsequently, the parties filed a Joint Notice of No Objection to Report and Recommendation (Doc. 17).

Upon consideration of the Report and Recommendation, and upon this Court's independent examination of the file, it is determined that the Report and Recommendation should be adopted. Accordingly, it is now

**ORDERED AND ADJUDGED**:

(1) The Report and Recommendation of the Magistrate Judge (Doc. 16) is adopted, confirmed, and approved in all respects and is made a part of this Order for all purposes, including appellate review.

(2) The parties' Joint Motion to Approve Settlement Agreement and Dismiss Case With Prejudice (Doc. 11), incorporating the Confidential Settlement Agreement & General Release (Doc. 11 at 4-9) is **GRANTED in part**, with the following modifications. The general release is to be applied mutually. Paragraph 9 and the final sentence of paragraph 8 are stricken from the Settlement Agreement. In all other respects, the Settlement (Doc. 11 - Ex. A) is **APPROVED**, as it constitutes a fair and reasonable resolution of a bona fide dispute.

(3) The settlement amounts and attorneys' fees and costs are to be disbursed promptly.

(4) This action is **DISMISSED**, with prejudice.

(5) The Clerk is directed to terminate all pending motions and close this file.

**DONE AND ORDERED** in Tampa, Florida on August 2, 2016.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

Copies to:
The Honorable Thomas B. McCoun III
Counsel of Record